| | |
|---|---|
| 1 | PATRICIA L. PEDEN (SBN 206440) |
| 2 | Patricia.peden@leclairryan.com<br>LECLAIRRYAN LLP |
| 3 | 44 Montgomery St., 31st Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: 415-391-7111<br>Facsimile: 415-391-8766 |
| 5 | Attorney for Defendant, *WIPRO LIMITED* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARVIND GUPTA,<br><br>　　　　Plaintiff,<br>　v.<br><br>THOMAS E. PEREZ, SECRETARY OF LABOR (in his official capacity),<br><br>　　and<br><br>WIPRO LIMITED,<br><br>　　　　Defendants. | **Case No. 5:14-CV-01102-HRL**<br><br>**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR DEFENDENT WIPRO LIMITED** |

　　　　PLEASE TAKE NOTICE that Defendant Wipro Limited files this Notice of Appearance to advise the Court that counsel Patricia L. Peden (CA SBN 206440) will substitute for counsel Brian J. Hafter in the above-cited case.

---

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR DEFENDANT WIPRO LIMITED**　　　　　　　　　Case No. 5:14-CV-01102-HRL

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant, WIPRO LIMITED:

> Patricia L. Peden (SBN 206440)
> **LECLAIRRYAN LLP**
> 44 Montgomery Street, Suite 3100
> San Francisco, CA 94104
> Tel: (415) 351-7111
> Fax: (415) 391-8766
> Email: patricia.peden@leclairryan.com

DATED:   August 4, 2016            Respectfully Submitted,

By:   ___/s/ *Patricia L. Peden*____
              Patricia L. Peden

Attorney for Defendant, *WIPRO LIMITED*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 4th day of August, 2016, the foregoing **NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL FOR DEFENDENT WIPRO LIMITED** was filed electronically using the Court's ECF system, which will electronically serve the same upon the parties and/or all counsel of record.

*/s/ Adriana L. Lawrence*
Adriana L. Lawrence